# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:09cr206 |
| | § | (Judge Schell) |
| DANIEL JIMENEZ | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and the parties' waiver of right to file objections, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of thirty (30) months with no supervised release to follow. It is further

**SIGNED this the 14th day of July, 2010.**

_____

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**ORDERED** that the defendant pay restitution in the amount of $85,979 to Bank One, P.O.

Box 970161, Dallas, Texas 75397. The restitution is due immediately, payable by cashier's check

or money order, to the United States District Court, 750 Missouri Ave., E. St. Louis, IL 62201.